**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**MISC. NO. 1:01MC16**

| | | |
|---|---|---|
| **THE TOOL WAREHOUSE, INC.;** | ) | |
| **"TOOL WAREHOUSE" d/b/a TOOLS** | ) | |
| **AND MORE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **HERBERT D. WILEY; H&L** | ) | |
| **ENTERPRISES PLUS, INC.; H&L** | ) | |
| **TELECOM OF FLORIDA; SPYDEE** | ) | |
| **INTERNET SERVICE;** | ) | |
| **SUPERNETMART.COM; and** | ) | |
| **TOOLSANDMORE.COM,** | ) | |
| | ) | |
| **Defendants.** | ) | |

         **THIS MATTER** is before the Court on Defendants' notice of defense to Judgment,

notice of prior pending action, motion for relief from Judgement, motion to stay enforcement of

Judgment, and request for a hearing.

         For the reasons set forth in the response from the Plaintiffs,

         **IT IS, THEREFORE, ORDERED** that the Defendants' motion for relief from

Judgement, motion to stay enforcement of Judgment, and request for a hearing are hereby

**DENIED**.

**Signed: July 27, 2005**

Lacy H. Thornburg
United States District Judge