# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL CASE NO. 1:01mc16

| | | |
|---|---|---|
| **THE TOOL WAREHOUSE, INC.,** | ) | |
| **"TOOL WAREHOUSE" d/b/a** | ) | |
| **Tools And More!,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER FOR FINAL EXECUTION** |
| | ) | **AND PRECLUSION OF EXEMPT** |
| | ) | **PROPERTY** |
| **HERBERT D. WILEY, JR.,** *et. al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for final execution and an order to preclude exempt property rights.

For the reasons stated in the motion and the Defendants having failed to respond, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Judgment Debtors/Defendants are hereby **PRECLUDED** from having any property set aside as exempt from Judgment in this action; and

**IT IS FURTHER ORDERED** that a final execution shall issue from the Clerk of Court for the United States District Court for the Western District of North Carolina for collection of the Judgment.

**Signed: November 5, 2005**

Lacy H. Thornburg
United States District Judge